# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE IN TURST FOR THE
REGISTERED HOLDERS OF
CITIGROUP MORTGAGE LOAN
TRUST, ASSET-BACKED -ASS-
THROUGH CERTIFICATES, SERIES
2005-HE3; AND NATIONAL DEFAULT
SERVICING CORPORATION, A
FOREIGN CORPORATION,
                      Appellants,
                vs.
RJRN HOLDINGS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                      Respondent.

No. 70717

**FILED**

DEC 12 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for attorney fees and costs and denying a motion to alter or amend a judgment. Eighth Judicial District Court, Clark County; James Crockett, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. In particular, we noted that the challenged order is not appealable as a final judgment, *see Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000), and did not appear appealable as a special order after final judgment because the district court has not yet entered a final judgment in the underlying case. We also stated that an order denying a motion to alter or amend a judgment is not appealable, *Uniroyal Goodrich Tire Co. v. Mercer*, 111 Nev. 318, 320 n.1, 890 P.2d 785,

16-38356

787 n.1 (1995), *superseded on other grounds by statute as stated in RTTC Commc'ns, LLC v. Saratoga Flier, Inc.*, 121 Nev. 34, 110 P.3d 24 (2005), and it did not appear that appellants were aggrieved by the denial of respondent's motion to alter or amend, *see* NRAP 3A(a).

In response to our order, appellants do not assert that the challenged order is appealable. Accordingly, we conclude that we lack jurisdiction, and we dismiss this appeal. We deny appellants' request to treat this appeal as a writ petition. Appellants may file an appeal from any appealable order entered by the district court. *See* NRAP 3A.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

cc: Hon. James Crockett, District Judge
Wright, Finlay & Zak, LLP/Las Vegas
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk